Filed 8/20/20  P. v. Solis CA4/1

# NOT TO BE PUBLISHED IN OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

## COURT OF APPEAL, FOURTH APPELLATE DISTRICT

## DIVISION ONE

## STATE OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>SCOTT SHERIDAN SOLIS,<br><br>    Defendant and Appellant. | D076936<br><br><br><br>(Super. Ct. Nos. SCD283185, SCS309290, SCS306656, SCE392324) |

APPEAL from a judgement of the Superior Court of San Diego County, Carlos O. Armour, Judge.  Affirmed.

Arthur Martin, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

This appeal involves four different cases which were ultimately resolved by plea agreements with a total stipulated sentence.

## STATEMENT OF FACTS

The guilty pleas in each case are as follows:

1. Case No. SCS306656

Solis pleaded guilty to one count of unlawful possession of ammunition (Pen. Code,[1] § 30305, subd. (a)(1)).

2. Case No. SCE392324

Solis pleaded guilty to assault with force likely to produce great bodily injury (§ 245, subd. (a)(4)).

3. Case No. SCS309290

Solis pleaded guilty to one count of discharging a firearm in a grossly negligent manner (§ 246.3, subd. (a)).

4. Case No. SCD283185

Solis pleaded guilty to battery with serious bodily injury (§ 245, subd. (a)(4)). Solis also admitted an enhancement for personally inflicting great bodily injury (§ 12022.7, subd. (a)). The parties stipulated to a total term for all cases of six years eight months.

The court sentenced Solis to a total term of six years eight months as agreed in the plea bargain and ordered various fines, fees and assessments.

Solis filed timely notices of appeal but did not obtain certificates of probable cause. (§ 1237.5.)

Appellate counsel has filed a brief pursuant to *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*), indicating counsel has been unable to identify any arguable issues for reversal on appeal. Counsel asks the court to review the record for error as mandated by *Wende*. We offered Solis the opportunity to file his own brief on appeal, but he has not responded.

---

[1]     All further statutory references are to the Penal Code.

2

## DISCUSSION

As we have noted, appellate counsel has filed a *Wende* brief and asks the court to review the record for error. To assist the court in its review of the record, and in compliance with *Anders v. California* (1967) 386 U.S. 738 (*Anders*), counsel has identified two possible issues that were considered in evaluating the potential merits of this appeal:

1. Whether Solis was sentenced in accord with the plea agreements; and

2. Whether the custody credits were calculated correctly.

We have reviewed the entire record as mandated by *Wende* and *Anders.* We have not discovered any arguable issues for reversal on appeal. Competent counsel has represented Solis on this appeal.

## DISPOSITION

The judgment is affirmed.

HUFFMAN, J.

WE CONCUR:

McCONNELL, P. J.

GUERRERO, J.

3